IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2016 AUG -5  PM 3:56

UNITED STATES OF AMERICA

-vs-                                                                  CAUSE NO.  A-16-CR-139-SS

MICHELLE JEAN CRAWFORD

## O R D E R

BE IT REMEMBERED on this day, the Court was advised that there is substantial confusion

as to the representation of the defendant Michelle Jean Crawford.

Therefore, IT IS ORDERED that Michelle Jean Crawford, Horatio Aldredge, and Daphne

Silverman appear before the Court for hearing at **2:00 p.m.** on **Wednesday, August 10, 2016**, on

the Fourth Floor of the United States Courthouse, 501 W. Fifth Street, Austin, Texas, 78701.

SIGNED this the ___5th___ day of August 2016.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

139 ord setting hrg ba.frm